ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Pontchartrain Partners, LLC | ) | ASBCA No. 63615 |
| | ) | |
| Under Contract No. W912HY-19-C-0016 | ) | |

APPEARANCE FOR THE APPELLANT:     James R. Washington, III, Esq.
                                                                    General Counsel

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                                          Engineer Chief Trial Attorney
                                                                      Erin Zetterstrom, Esq.
                                                                      Clark Bartee, Esq.
                                                                          Engineer Trial Attorneys
                                                                          U.S. Army Engineer District, Galveston

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 14, 2026

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63615, Appeal of Pontchartrain Partners, LLC, rendered in conformance with the Board's Charter.

Dated: April 14, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals